# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| KW11 | E 1445806 | Penton, S. | SP-9244 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☐ USC  ☒ State Code |
|---|---|
| 0324  09/05/21 | KRS 189A.010 |

Place of Offense: Gate 4 Canopy

Offense Description: Driving Under the Influence

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: DaSilva
First Name: Jose
M.I.: M, N.

[Address redacted]

Tag No: MCLM75
State: FL
Year: 17
Make/Model: Volks/Jetta
Color: White

☒ A  APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court.

☐ B  APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral or in lieu of payment appear in court.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Court Address: 5858 Tennessee Ave, Fort Campbell KY, 42223
Date: 5-TBD
Time: 0900 TBD

X Defendant Signature: [signature]

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on September 5, 2021 while exercising my duties as a law enforcement officer in the Western District of Kentucky

I, SGT Penton (patrol 315), was dispatched to Gate 4 in regards to contraband and a possible DUI. Upon arrival I made contact with Officer Miller (DACP) and he advised to me that the driver could potentially be a DUI. I also spoke with MPI who were investigating the contraband (+ fireworks). Upon making contact with the reverse listed defendant I noticed his face was red and his eyes were watery. I conducted a standard field sobriety test and he performed poorly. Driver was apprehended and taken to PMO for processing.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/05/2021
Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident